IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-443-GCM-DCK

| | |
|---|---|
| DUSTIN HARLAN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Second Motion For Extension Of Time To File A Motion for Summary Judgment" (Document No. 15) filed February 8, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that on "Plaintiff's Second Motion For Extension Of Time To File A Motion for Summary Judgment" (Document No. 15) is **GRANTED**. Plaintiff shall have up to and including **February 25, 2013** to file her Motion for Summary Judgment and Supporting Memorandum; and Defendant shall have up to and including **April 25, 2013** to file his Motion for Summary Judgment and Supporting Memorandum.

Signed: February 8, 2013

David C. Keesler
United States Magistrate Judge